UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JACOB SKYLAR ALLYN LEE,<br><br>     Petitioner,<br><br>  v.<br><br>STATE OF WASHINGTON,<br><br>     Respondent. | CASE NO. C20-6263 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 3. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Petitioner's petition for habeas corpus, Dkt. 1, is **DISMISSED without prejudice**;

(3) A certificate of appealability is **DENIED**; and

\

\

\

ORDER - 1

1  (4) This case is closed.

2  Dated this 2nd day of April, 2021.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge